UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ | ) | |
| (DROSPIRENONE) | ) | 3:09-md-02100-DRH-PMF |
| MARKETING, SALES | ) | MDL No. 2100 |
| PRACTICES AND PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |

_____

**This Document Relates to:**

**Audrey Buggs v. Bayer Corp., et al. No. 3:10-cv-10206-DRH-PMF**
**Brianna Brown v. Bayer Corp., et al. No. 3:10-cv-10271-DRH-PMF**
**Maria Torres v. Bayer Corp., et al. No. 3:10-cv-10358-DRH-PMF**
**Tanisha Adams v. Bayer Corp., et al. No. 3:10-cv-10888-DRH -PMF**
**Sarah Dalton v. Bayer Corp., et al. No. 3:10-cv-11349-DRH-PMF**
**Tammy Bittinger v. Bayer Corp., et al. No. 3:10-cv-11860-DRH-PMF**
**Kyisha Davis Brown v. Bayer Corp., et al. No. 3:10-cv-11900-DRH-PMF**
**Krista Hubbard v. Bayer Corp., et al. No. 3:10-cv-11972-DRH-PMF**
**Quintella Marbuary v. Bayer Corp., et al. No. 3:10-cv-11999-DRH-PMF**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed in this Court on February 1, 2011, plaintiffs' complaints are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:       /s/*Sandy Pannier*
          **Deputy Clerk**

Dated: February 2, 2011

APPROVED:   /s/ David R. Herndon
            2011.02.02
            15:12:48 -06'00'

CHIEF JUDGE
U. S. DISTRICT COURT